UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ARTHUR ANGERMEIR et al.,

                      Plaintiffs,

      – against –                        12 Civ. 0055 (KMK)

JAY COHEN et al.,                                NOTICE OF MOTION TO
                                                          DISMISS THE FIRST
                        Defendants.                  AMENDED COMPLAINT

      PLEASE TAKE NOTICE, that upon the annexed Declaration of Robert D. Lillienstein, dated January 11, 2013, together with the exhibits annexed thereto, and upon the pleadings and prior proceedings had herein, Defendants will move this Court, on March 1, 2013, for an Order, pursuant to Fed.R. Civ. P. 8(a), 9(b), and 12(b)(6), dismissing the First Amended Complaint in its entirety.  Also submitted in support of the motion is Defendants' Memorandum of Law In Support of Motion To Dismiss The First Amended Complaint.

      Pursuant to the Motion Scheduling Order of this Court, any answering papers and memoranda of law, shall be served no later than February 15, 2013.

                                                     MOSES & SINGER LLP
                                                   *Attorneys for Defendants*

                                                   By:       /s/
                                                   Robert D. Lillienstein, Esq.
                                                   Jordan Greenberger, Esq.
                                                   405 Lexington Avenue
                                                 New York, New York 10174
                                                 (212) 554-7800 (telephone)
                                                 (212) 554-7807 (facsimile)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x

ARTHUR ANGERMEIR, NITESH BHAGWANANI,
BECKY D. GLYNN, LOUIS MARROU,
and SHIVA NANCY SHABNAM,

                           Plaintiffs,
    – against –

                               12 Civ. 0055 (KMK)

JAY COHEN, LEONARD MEZEI, SARA KRIEGER,
LOUIS CUCINOTTA, LEASE FINANCE GROUP,    **AFFIDAVIT OF SERVICE**
LLC, MBF LEASING LLC and NORTHERN LEASING
SYSTEMS, INC.,

                           Defendants.

---------------------------------------------------------------x

STATE OF NEW YORK    )
                             ) ss.:
COUNTY OF NEW YORK  )

       Muyindeen Olajide, being duly sworn, deposes and says: I am not a party to the action, am over 18 years of age, and reside in the state of New York.

       On January 11, 2013, I delivered a copy of the attached **NOTICE OF MOTION, MEMORANDUM OF LAW IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS THE FIRST AMENDED COMPLAINT** and **DECLARATION OF ROBERT D. LILLIENSTEIN IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS THE FIRST AMENDED COMPLAINT WITH EXHIBITS A-K**, upon:

              Krishnan Chittur, Esq.
              CHITTUR & ASSOCIATES, P.C.
              286 Madison Avenue, Suite 1100
              New York, New York 10017

by delivering a true copy thereof personally to each person named above at the address indicated. I knew each person served to be the person mentioned and described in said papers as a party therein.

                                                        _____
                                                           Muyindeen Olajide

Sworn before me this
17th day of January, 2013

_____
                                 WHITNEY L. CULBREATH
                             Notary Public, State of New York
                                  No. 01CU6082381
                             Qualified in New York County
968771v1 011082.0148          Commission Expires Aug. 6, 2013