UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Arthur Angermeir, Nitesh Bhagwanani, Ken Elder, Becky D. Glynn, Rajat Goyal, Kristina Greene, Marilyn Murrell, and Dr. Shiva Nancy Shabnam,<br>　　　　　　　　　　　Plaintiffs,<br>　　vs.<br><br>Jay Cohen, Sara Krieger, Jennifer Centeno, Louis Cucinotta, Ricardo Brown, Robert Taylor, Joseph I. Sussman, Joseph I. Sussman, P.C., Lease Finance Group, LLC, MBF Leasing LLC, and Northern Leasing Systems, Inc.,<br>　　　　　　　　　　　Defendants | Docket No.<br>12 CV 0055 (KBF)<br><br><br>**NOTICE OF MOTION** |

　　　　PLEASE TAKE NOTICE that upon the annexed Declaration of Krishnan Chittur, Esq., dated April 3, 2015, together with the exhibits annexed thereto, and all prior proceedings in this action, Chittur & Associates, P.C., will move this Court, before the Hon. Katherine B. Forrest, at the Courthouse located at 500 Pearl Street, New York 10007, at such date and time as may be convenient to the Court for an order pursuant to Local Rule 1.4 (a) discharging Chittur & Associates, P.C., as attorneys of record for Plaintiff Arthur Angermeir, (b) staying all proceedings for 30 days or such other reasonable period to permit the said Plaintiff Arthur Angermeir to retain substitute counsel attorney or make alternative arrangements to represent himself in this action; and (c) for such other and further relief as this Court may deem just, proper, and equitable.

| | |
|---|---|
| Dated:　　New York, New York<br>　　　　　April 3, 2015 | **Chittur & Associates, P.C.**<br><br>　　　　　　/Sd/<br>By: Krishnan Chittur, Esq. (KC 9258)<br>500 Executive Blvd Suite 305<br>Ossining, NY 10562<br>Tel: (914) 944-4400<br>Email: kchittur@chittur.com<br>Attorneys for Plaintiffs |