Robert D. Lillienstein, Esq. (rlillienstein@mosessinger.com)
Jordan Greenberger, Esq. (jgreenberger@mosessinger.com)
MOSES & SINGER LLP
*Attorneys for Defendants*
The Chrysler Building
405 Lexington Avenue
New York, New York 10174
(212) 554-7800 (telephone)
(212) 554-7700 (facsimile)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ARTHUR ANGERMEIR, NITESH BHAGWANANI, KEN ELDER, BECKY D. GLYNN, RAJAT GOYAL, KRISTINA GREENE, LOUIS MARROU, MARILYN MURRELL, AND DR. SHIVA NANCY SHABNAM,<br><br>                                  Plaintiffs,<br>         – against –<br><br>JAY COHEN, SARA KRIEGER, JENNIFER CENTENO, LOUIS CUCINOTTA, RICARDO BROWN, ROBERT TAYLOR, JOSEPH I. SUSSMAN, JOSEPH I. SUSSMAN, P.C., LEASE FINANCE GROUP, LLC, MBF LEASING LLC and NORTHERN LEASING SYSTEMS, INC.,<br><br>                                  Defendants. | 12 Civ. 0055 (KBF)<br><br>**NOTICE OF MOTION** |

**PLEASE TAKE NOTICE** that, upon the Court's Order, dated March 31, 2015 (ECF No. 98), the Court's order dated April 17, 2015 (ECF No. 124), and the Declaration of Robert Lillienstein, dated May 20, 2015 (with exhibits), the undersigned counsel for Defendants renews its motion before this Court (ECF No. 106), before the Honorable Katherine. B. Forrest, U.S.D. J., in Courtroom 15A at the United States Courthouse located at 500 Pearl St., New York, NY 10007, for and Order seeking the following relief as a result of Plaintiffs' failure to comply with multiple Orders of this Court regarding discovery:

      A.      a judgment dismissing all claims asserted in this action by Plaintiffs, with

prejudice, together with costs and disbursements to Defendants;

  B. a money judgment in favor of counterclaim-plaintiffs MBF Leasing LLC ("MBF") and Northern Leasing Systems, Inc. ("NLS") on their counterclaims against Plaintiffs Murrell, Greene, Elder, Bhagwanani, for the amounts claimed plus appropriate interest;

  C. an inquest to calculate the attorneys' fees and expenses to which MBF and NLS are entitled under the contractual provision signed by Plaintiffs Murrell, Greene, Elder, Bhagwanani, under which they agreed that they would be liable for all reasonable attorney's fees and other expenses incurred in enforcing the guaranty and lease that they signed; and

  D. such other and further relief as the Court deems just and proper.

Dated: May 22, 2015
   New York, New York

            /s/
            Robert D. Lillienstein, Esq.
            (rlillienstein@mosessinger.com)
            Jordan Greenberger, Esq.
            (jgreenberger@mosessinger.com)
            MOSES & SINGER LLP
            *Attorneys for Defendants*
            The Chrysler Building
            405 Lexington Avenue
            New York, New York 10174
            (212) 554-7807 (telephone)
            (212) 206-4307 (facsimile)