```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: June 15, 2015
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
ARTHUR ANGERMEIR et al., :
:
                   Plaintiffs,   :
:      12-cv-55 (KBF)
    -v-                :
:      ORDER
JAY COHEN et al., :
:
                  Defendants. :
------------------------------------------------------------------X

KATHERINE B. FORREST, District Judge:

      The Court was informed that plaintiff Angermeir had not been served with any filings in this action since April 24, 2015, including the motion for sanctions against him. (See ECF Nos. 162, 163.) In light of this (and in light of Angermeir's pro se status), the Court hereby extends Angermeir's deadline to produce the documents listed in the March 31, 2015 Order. Angermeir shall produce these documents to defense counsel within **30 days** from the date of this Order. **The Court warns Angermeir that failure to produce these documents will result in the dismissal of his claims. This is a final warning.** Defendant's motion for sanctions (ECF No. 147) is DENIED with leave to renew in 30 days.

      The Clerk of Court is directed to terminate the motion at ECF No. 147. The Clerk of Court is also directed to correct the docket to reflect that plaintiff

Angermeir is proceeding pro se (his address is below).

SO ORDERED.

Dated:   New York, New York
         June 15, 2015

_____
KATHERINE B. FORREST
United States District Judge

CC:   Arthur Angermeir
      101 Scholz Pl.,
      Newport Beach, CA 92633