**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------------x

ARTHUR ANGERMEIR, NITESH BHAGWANANI,       12-CV-55 (KBF)
KEN ELDER, BECKY D. GLYNN, RAJAT GOYAL,
KRISTINA GREENE, LOUIS MARROU, MARILYN
MURRELL, AND DR. SHIVA NANCY SHABNAM

                              Plaintiffs,

               - against -

JAY COHEN, SARA KRIEGER, JENNIFER CENTENO,     **NOTICE OF APPEAL**
LOUIS CUCINOTTA, RICARDO BROWN, ROBERT
TAYLOR, JOSEPH I. SUSSMAN, JOSEPH I.
SUSSMAN, P.C., LEASE FINANCE GROUP, LLC, MBF
LEASING LLC and NORTHERN LEASING SYSTEMS,
INC.,

                          Defendants,
-----------------------------------------------------------------------x

       Notice is hereby given that Nitesh Bhagwanani, Becky D. Glynn, Rajat Goyal, Kristina

Greene, Marilyn Murrell, and Dr. Shiva Nancy Shabnam, Plaintiffs in the above-named case,

hereby appeal to the United States Court of Appeals for the Second Circuit from the Judgment

entered in this action on the 28th day of August, 2015 (dkt. 196), which Judgment dismissed

such Plaintiffs' claims, and all the underlying Opinions and Orders and from each and every

portion thereof.

Dated:       Ossining, NY                **Chittur & Associates, P.C.**
             September 4, 2015

                                       Sd/

                           _____
                           By:  Krishnan Chittur, Esq. (KC 9258)
                           Central Westchester Business Park
                           500 Executive Boulevard Suite 305
                           Ossining, NY 10562
                           Tel: (914) 944-4400
                           Fax: (914) 840-8537
                           Email: kchittur@chittur.com
                           Attorneys for Plaintiffs Bhagwanani, Glynn,
                           Goyal, Greene, Murrell, and Dr. Shabnam